## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

BOBBY RAY JONES,                    )
                                   )
                    Petitioner,    )
                                   )
vs.                                )          Case No. CIV-07-1030-M
                                   )
THE STATE OF OKLAHOMA,             )
                                   )
                    Respondent.    )

## ORDER

On January 24, 2008, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus.  The Magistrate Judge recommended that the Petition for a Writ of Habeas Corpus be denied. Petitioner was advised of his right to object to the Report and Recommendation by February 13, 2008.  A review of the file reveals no objection has been filed.

Upon de novo review, the Court:

(1)    ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on January 24, 2008;

(2)    DENIES the Petition for Writ of Habeas Corpus; and

(3)    ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 4th day of March, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE