**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| BOBBY RAY JONES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-07-1030-M |
| ) | |
| THE STATE OF OKLAHOMA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On March 4, 2008, the Court entered an Order and Judgment in this action adopting the Report and Recommendation issued by the Magistrate Judge and denying petitioner's petition for a writ of habeas corpus. On March 12, 2008, petitioner sent a letter to this Court, stating that he never received the Report and Recommendation and requesting the Court to provide him with a copy of the Report and Recommendation and to allow him to file an objection out of time. On March 17, 2008, the Court granted petitioner's request, vacated its March 4, 2008 Order and Judgment, directed the Court Clerk to send petitioner a copy of the Report and Recommendation, and extended petitioner's time to object to the Report and Recommendation until April 15, 2008. Petitioner has subsequently received additional extensions of time, and he had until July 16, 2008 to file any objections to the Report and Recommendation. A review of the file reveals petitioner has filed no objections.

Upon de novo review of this matter, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on January 24, 2008;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of respondent issue forthwith.

**IT IS SO ORDERED this 23rd day of July, 2008.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE